STAY, reassigned

# U.S. District Court
## Eastern District of Michigan (Detroit)
### CIVIL DOCKET FOR CASE #: 2:04-cv-74258-NGE-RSW

*05CV10251 PBS*

| | |
|---|---|
| Midwest Health Plan, Incorporated v. Pfizer, Incorporated et al | Date Filed: 11/01/2004 |
| Assigned to: Honorable Nancy G Edmunds | Jury Demand: Plaintiff |
| Referred to: Honorable R. Steven Whalen | Nature of Suit: 470 Racketeer/Corrupt Organization |
| Cause: No cause code entered | Jurisdiction: Federal Question |

## Plaintiff

**Midwest Health Plan, Incorporated**     represented by     **Jason J. Thompson**
Charfoos & Christensen
5510 Woodward Avenue
Detroit, MI 48202
313-875-8080
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S. Goldser**
Zimmerman Reed
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123
612-341-0400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Pfizer, Incorporated**

## Defendant

**Warner-Lambert, Incorporated**

## Defendant

**Parke-Davis**
*a division of Warner Lambert, Incorporated*

| Date Filed | # | Docket Text |
|---|---|---|

| 11/01/2004 | 1 | COMPLAINT filed by Midwest Health Plan, Incorporated against Parke-Davis, Pfizer, Incorporated, and Warner-Lambert, Incorporated, Receipt No. 37363. (Attachments: # 1 Document Continuation)(DPer, ) (Entered: 11/02/2004) |
| --- | --- | --- |
| 11/01/2004 | 2 | STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST by Midwest Health Plan, Incorporated.(DPer, ) (Entered: 11/02/2004) |
| 11/08/2004 | 3 | ORDER of DISQUALIFICATION and REASSIGNING CASE from Judge Paul D Borman to Judge Bernard A Friedman Signed by Honorable Paul D Borman. (SSchoe, ) (Entered: 11/08/2004) |
| 12/20/2004 | 4 | ORDER of DISQUALIFICATION and REASSIGNING CASE from Judge Bernard A Friedman to Judge Nancy G Edmunds Signed by Honorable Bernard A Friedman. (SSchoe, ) (Entered: 12/21/2004) |
| 12/28/2004 | 5 | MOTION to stay all proceedings pending action by the Judicial Panel on Multidistrict Litigation by Pfizer, Incorporated and Warner-Lambert, Incorporated; with exhibit 1. (DPer, ) (Entered: 12/29/2004) |
| 01/03/2005 | 6 | ORDER granting 5 Motion to stay proceedings.Signed by Honorable Nancy G Edmunds. (DPer, ) (Entered: 01/04/2005) |

## PACER Service Center

### Transaction Receipt

02/08/2005 12:19:39

| PACER Login: | us2510 | Client Code: | |
| --- | --- | --- | --- |
| Description: | Docket Report | Search Criteria: | 2:04-cv-74258-NGE-RSW |
| Billable Pages: | 1 | Cost: | 0.08 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 8 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-2)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 12 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB - 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**SCHEDULE CTO-2 - TAG ALONG ACTIONS**
**DOCKET NO. 1629**
**IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION**

**DISTRICT  DIV. C.A.#**

ILLINOIS CENTRAL
ILC    4  04-4087          Randall J. Veys v. Pfizer, Inc., et al.

ILLINOIS NORTHERN
ILN    1  04-7031          Leonard Olsen v. Pfizer, Inc., et al.

INDIANA SOUTHERN
~~INS    1  04-1956~~          ~~Susan Hotseller v. Pfizer, Inc., et al.~~          Opposed 2/2/05

KENTUCKY WESTERN
KYW    5  04-213          Betty Carter, et al. v. Pfizer, Inc., et al.

MICHIGAN EASTERN
MIE    2  04-74258          Midwest Health Plan, Inc. v. Pfizer, Inc., et al.

MISSOURI WESTERN
MOW    6  04-3539          Fred Reiss v. Pfizer, Inc., et al.

NEW YORK NORTHERN
NYN    1  04-1301          Stephanie Baron v. Pfizer, Inc.

OHIO SOUTHERN
OHS    2  04-1058          Rebecca Groves v. Pfizer, Inc., et al.