## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

In re:

MIDWEST HEALTH PLAN,

        Plaintiff(s),

    v.

PFIZER, INC., et al,

        Defendant(s).

_____/

CASE NO.   04-74258

JUDGE NANCY G. EDMUNDS

## NOTICE OF MULTI DISTRICT LITIGATION TRANSFER

TO:   U.S. District Court
     District of Massachusetts
     1 Courthouse Way
     Boston, MA 02210

The above entitled case has been transferred to your Court pursuant to CONDITIONAL TRANSFER ORDER # 2, the entire court record and a certified copy of the docket are enclosed for consolidation with your Multi District Litigation case.

Please acknowledge receipt of these documents by returning a time-stamped copy of this notice in the enclosed envelope.

## NOTICE TO LITIGANTS

Please take notice that the above case has been transferred to the District of Massachusetts for inclusion in MULTIDISTRICT LITIGATION 1629.  Please file all future documents with the court listed above using case number 05-10251.

Date: February 25,  2005

DAVID J. WEAVER, CLERK OF COURT
By_____s/Andrea Teets_____
        Deputy Clerk

## CERTIFICATION

I hereby certify that this Notice was served on the parties and/or counsel of record.

DAVID J. WEAVER, CLERK OF COURT

Date: February 25, 2005

By_____s/Andrea Teets_____
        Deputy Clerk



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

*FILED
IN CLERKS OFFICE*

2005 MAR -4  P 12: 38

U.S. DISTRICT COURT
DISTRICT OF MASS



TONY ANASTAS
CLERK

KIMBERLY M. ABAID
DEPUTY CLERK

February 8, 2005

Mr. David J. Weaver
Clerk/Court Administrator
United States District Court
231 West Lafayette Boulevard
Detroit, MI  48226

IN RE: <u>MDL DOCKET No. 1629</u>  In Re: Neurontin Marketing and Sales Practices
USDC - Massachusetts <u>Lead</u> Case No. 1:04CV10739-PBS
Your Case: Civil Action No. 2:04-cv-74258 Midwest Health Plan, Inc. v. Pfizer, Inc. et al
District of MA No. 1:05cv10251 PBS

Dear Mr. Weaver:

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

Sincerely,

Kimberly M. Abaid
Deputy Clerk

Information Copy to:    Michael Beck, Clerk of the Panel
Counsel of Record
Robert Alba
Christine Patch

CLOSED, STAY, reassigned

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:04-cv-74258-NGE-RSW

Midwest Health Plan, Incorporated v. Pfizer, Incorporated et al

Assigned to: Honorable Nancy G Edmunds

Referred to: Honorable R. Steven Whalen

Cause: No cause code entered

Date Filed: 11/01/2004

Jury Demand: Plaintiff

Nature of Suit: 470 Racketeer/Corrupt Organization

Jurisdiction: Federal Question

### Plaintiff

**Midwest Health Plan, Incorporated**

represented by **Jason J. Thompson**
Charfoos & Christensen
5510 Woodward Avenue
Detroit, MI 48202
313-875-8080
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S. Goldser**
Zimmerman Reed
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123
612-341-0400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Pfizer, Incorporated**

### Defendant

**Warner-Lambert, Incorporated**

### Defendant

**Parke-Davis**
*a division of Warner Lambert,*
*Incorporated*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2004 | 1 | COMPLAINT filed by Midwest Health Plan, Incorporated against Parke-Davis, Pfizer, Incorporated, and Warner-Lambert, Incorporated, Receipt No. 37363. (Attachments: # 1 Document Continuation)(DPer, ) (Entered: 11/02/2004) |
| 11/01/2004 | 2 | STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST by Midwest Health Plan, Incorporated.(DPer, ) (Entered: 11/02/2004) |
| 11/08/2004 | 3 | ORDER of DISQUALIFICATION and REASSIGNING CASE from Judge Paul D Borman to Judge Bernard A Friedman Signed by Honorable Paul D Borman. (SSchoe, ) (Entered: 11/08/2004) |
| 12/20/2004 | 4 | ORDER of DISQUALIFICATION and REASSIGNING CASE from Judge Bernard A Friedman to Judge Nancy G Edmunds Signed by Honorable Bernard A Friedman. (SSchoe, ) (Entered: 12/21/2004) |
| 12/28/2004 | 5 | MOTION to stay all proceedings pending action by the Judicial Panel on Multidistrict Litigation by Pfizer, Incorporated and Warner-Lambert, Incorporated; with exhibit 1. (DPer, ) (Entered: 12/29/2004) |
| 01/03/2005 | 6 | ORDER granting 5 Motion to stay proceedings.Signed by Honorable Nancy G Edmunds. (DPer, ) (Entered: 01/04/2005) |
| 02/22/2005 | 7 | MDL Non-Certified Transfer Order To USDC-DISTRICT OF MASSACHUSETTS - MDL # 1629. (ATee, ) (Entered: 02/26/2005) |
| 02/22/2005 | 8 | MDL Certified Transfer Order To USDC-DISTRICT OF MASSACHUSETTS - MDL # 1629, District of MA No. 05-10251. (ATee, ) (Entered: 02/26/2005) |

| | | |
|---|---|---|
| 02/25/2005 | [9](#) | NOTICE transferring MDL Litigation to US District Court - District of Massachusetts. (ATee, ) (Entered: 02/27/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/10/2005 13:51:47 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-74258-NGE-RSW |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |